UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL DUANE SMITH,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents*.

Case No. 2:13-cv-01694-APG-VCF

**ORDER**

**IT IS ORDERED** that petitioner's motion (Dkt. #13) for voluntary dismissal is GRANTED and that the Clerk of Court shall enter final judgment accordingly dismissing this action.

Dated:  April 30, 2014.

_____
ANDREW P. GORDON
United States District Judge